UNITED STATES of America, Plaintiff—Appellee,

v.

Frank Leon ROBINSON, Defendant—Appellant.

No. 09–6116.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 27, 2009.

Frank Leon Robinson, Appellant Pro Se. Jane Barrett Taylor, Assistant United

States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Leon Robinson appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Robinson,* No. 1:98–cr–00523–JFA–1 (D.S.C. Jan. 08, 2009). *See United States v. Dunphy,* 551 F.3d 247 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*